

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00060-CV

IN RE J.R., Relator § Original Proceeding

§ 158th District Court of Denton County, Texas

§ Trial Court No. 19-7168-211

§ April 15, 2021

§ Opinion by Justice Wallach

## JUDGMENT

This court has considered relator's petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to dismiss the underlying case. Our writ will issue only if the trial court fails to comply.

SECOND DISTRICT COURT OF APPEALS

By /s/ Mike Wallach
Justice Mike Wallach